

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 21, 2016

<u>By Hand</u>

The Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     <u>Application for Unsealing Orders</u>

Dear Judge Go:

The government writes respectfully to request that the Court enter orders unsealing the orders and applications in support of the orders in the following matters:

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 12-Misc-606;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 12-Misc-633;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 12-Misc-767;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-158;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-159;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-415;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-416;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-559;

- In the Matter of an Application of the United States of America for an Order Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 13- Misc-560;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-571;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-765;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-767;

- In the Matter of the Application of the United States of America for an Order Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 13- Misc-906;

- In the Matter of an Application of the United States of America for an Order Re-Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-938;

- In the Matter of the Application of the United States of America for an Order Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 13- Misc-939;

- In the Matter of the Application of the United States of America for an Order Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 13- Misc-959;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 13-Misc-971;

- In the Matter of the Application of the United States of America for an Order Re-Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 13- Misc-1110;

- In the Matter of the Application of the United States of America for an Order Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-009;

- In Re Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-010;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14-Misc-035;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14-Misc-51;

- In Re the Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-176;

3

- In Re the Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-473;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-638;

- In the Matter of the Application of the United States of America for an Order Authorizing the Installation and Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-781;

- In Re Application of the United States of America for an Order Pursuant to §18 U.S.C. 2703 (d), No. 14- Misc-877;

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 14- Misc-1007;

- In Re Application of the United States of America for an Order Pursuant to §18 U.S.C. 2703 (d), No. 14- Misc-1183;

- In Re Application of the United States of America for an Order Authorizing the Use of a Pen Register and a Trap and Trace Device, No. 15- Misc-0091.

The government respectfully requests that the Court sign the enclosed unsealing orders to enable disclosure of the above-referenced materials to the defendants in United States v. Webb, et al., 15 Cr. 252 (RJD).

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:  Nadia Shihata
Assistant U.S. Attorney
(718) 254-6295

4